

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2019

No. 04-19-00312-CV

Marcel **MARTINEZ**,
Appellant

v.

Jesse **TORRES**, Gold Standard Plumbing, LLC and Edy Jonathan Pech-Guamuch,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17644
Honorable Aaron Haas, Judge Presiding

# O R D E R

The Appellee/ Cross-Appellant's Second Unopposed Motion for Extension of Time to File Brief is GRANTED. Time is extended to January 3, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court